UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles J. Gundersen and
Tracey A. Gundersen,

       Plaintiffs,

v.

Bank of America, N.A. and
BAC Home Loans Servicing, LP,

       Defendants.

Civil 11-1939 MJD/FLN

O R D E R

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 2, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss Plaintiffs' complaint [Doc. #3] is GRANTED;

2. This action is DISMISSED with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 6, 2012.       s/Michael J. Davis
at Minneapolis, Minnesota     CHIEFJUDGE MICHAEL J. DAVIS
                                              United States District Court