UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles J. Gundersen andCivil 11-1939 MJD/FLN
Tracey A. Gundersen,

Plaintiffs,

v.O R D E R

Bank of America, N.A. and
BAC Home Loans Servicing, LP,

Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 2, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.  Defendants' motion to dismiss Plaintiffs' complaint [Doc. #3] is GRANTED;

2.  This action is DISMISSED with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 6, 2012.s/Michael J. Davis
at Minneapolis, MinnesotaCHIEFJUDGE MICHAEL J. DAVIS
 United States District Court